**Order entered October 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00973-CV

### STATE FAIR OF TEXAS, Appellant

### V.

### RIGGS & RAY, P.C., Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-04484**

## ORDER

As in many other recent cases in which clerk's records have been filed, the Court has again received a clerk's record from the district clerk's office that includes only the first page of the trial court's judgment. Additionally, it fails to include the subsequent pages which are necessary for this Court to determine whether the trial court has rendered a final judgment and whether this Court has jurisdiction over the appeal. Accordingly, we **ORDER** Felicia Pitre, District Clerk of Dallas County Texas, to file within three (3) days of the date of this order a supplemental clerk's record including all pages of the trial court's August 13, 2015 Final Order on Defendant's Motion to Dismiss Pursuant to the Texas Citizens Participation Act.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE